# Morgan Lewis

**John K. Gisleson**
Partner
+1.412.560.7435
john.gisleson@morganlewis.com

June 25, 2020

The Honorable Marilyn J. Horan
United States District Judge
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

RE:   *Christopher Lisowski and Robert Garner v. Henry Thayer Company, Inc.*
      Case No.:  2:19-cv-01339-MJH

Dear Judge Horan:

      We represent Defendant in the above-referenced matter.  During oral argument on June 24, 2020 concerning Defendant's Motion to Dismiss, I erroneously stated during my rebuttal argument that the only product Plaintiff Lisowski purchased that contained a reference to "preservative-free" was the Tangerine Slippery Elm Lozenges.  Of the four dry-mouth products that allegedly contain such a reference (Dkt. 5, Am. Compl. ¶¶ 4, 27), Plaintiff Lisowski allegedly purchased two of them: Tangerine Slippery Elm Lozenges and the Peppermint Dry Mouth Spray.  (Id. at ¶ 63)  Plaintiff Garner did not allege a purchase of a product that contained such a reference. (*Id*. at ¶¶ 4, 27, 64)

      I apologize for the error.

Respectfully,

*/s/ John K. Gisleson*

John K. Gisleson

JKG/ecm

cc: Steffan Keeton, Esquire (Counsel for Plaintiffs)

**Morgan, Lewis & Bockius LLP**

One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA  15219-6401      T +1.412.560.3300
United States                   F +1.412.560.7001