IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI and ROBERT GARNER, individually and on behalf of all others similarly situated, | ELECTRONICALLY FILED |
| | CIVIL ACTION NO. 2:19-cv-1339-MJH |
| Plaintiffs, | . |
| v. | |
| HENRY THAYER COMPANY, INC. | |
| Defendant. | |

## [PROPOSED] ORDER

**AND NOW**, this ___ day of _____, 2020, upon consideration of Plaintiffs' Motion for Reconsideration and Defendant Henry Thayer Company, Inc.'s Response in Opposition thereto, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the Motion is **DENIED** in its entirety.

BY THE COURT:

_____, J.
District Judge Marilyn J. Horan

cc:   All counsel of record