IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY THAYER COMPANY, INC.<br><br>    Defendant. | CASE NO.: 2:19-CV-1339 |

**[PROPOSED] ORDER**

AND NOW this _____ day of December 2020, upon consideration of the Plaintiff's Motion for Leave to File a Reply, it is hereby ORDERED that said Motion is GRANTED, and Plaintiff is permitted to file a reply brief no later than December 14, 2020.

 

_____
HONORABLE MARILYN J. HORAN
UNITED STATE DISTRICT JUDGE