IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI, individually and on behalf of all others similarly situated, | ELECTRONICALLY FILED |
| | CIVIL ACTION NO. 2:19-cv-1339-MJH |
| Plaintiffs, | |
| v. | |
| HENRY THAYER COMPANY, INC. | |
| Defendant. | |

## CASE MANAGEMENT ORDER DUE DATES

| Event | Proposed Dates |
|---|---|
| Date by which 26(a) disclosure shall be made | July 8, 2021 |
| Date by which any additional parties shall be joined | Only by leave of Court; leave must be sought by July 10, 2021. |
| Date by which the pleadings shall be amended | Only by leave of Court |
| Deadline to complete fact discovery for purposes of Class Certification and for Purposes of the Named Plaintiff's Individual Claims | November 2, 2021 |
| Last Day to File Class Certification Motion and Produce Expert Reports and Necessary Disclosures in Support of Class Certification | November 17, 2021 |
| Deadline to Complete Depositions & Document Production of Plaintiff's Experts re: Class Certification | January 10, 2022 |
| Last Day to File Opposition to Class Certification Motion; to Produce Expert Reports And Necessary Disclosures In Opposition to Class Certification; to File A Motion For Summary Judgment Directed To The Named Plaintiff's Claims | February 15, 2022 |

| | |
|---|---|
| Deadline to Complete Depositions & Document Production of Defendant's Experts re: Class Certification | March 17, 2022 |
| Last Day to File Reply in Support of Class Certification Motion; Last Day to Oppose Motion for Summary Judgment Directed to Named Plaintiff's Claims | April 1, 2022 |
| Last Day to File Reply in Support of Motion for Summary Judgment Directed to Named Plaintiff's Claims | April 22, 2022 |
| Last Day to File Daubert Motions for Class Certification Experts | April 16, 2022 |
| Date by which the Parties shall file their Alternative Dispute Resolution Stipulation | May 2, 2022 |
| Last Day to Oppose Daubert Motions for Class Certification Experts | May 16, 2022 |
| Last Day to File Reply in Support of Daubert Motions for Class Certification Experts | May 31, 2022 |

IT IS SO ORDERED, this ___16th_____day of ___June__, 2021.

_____
UNITED STATES DISTRICT JUDGE