IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER LISOWSKI**, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil No. 19-1339 |
| | ) |
| **HENRY THAYER COMPANY, INC.** | ) |
| **and LOREAL USA, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

AND NOW, this 14th day of December 2021, after careful consideration of Plaintiff's Motion to Quash and Enforce a Protective Order to Prevent the Deposition of Caitlin Jacob (ECF No. 61) with Brief in Support, Defendants' Response in Opposition (ECF No. 64), and Plaintiff's Reply (ECF No. 67), the Court agrees with the well-reasoned arguments of Defendants. Accordingly, Plaintiff's Motion to Quash and Enforce a Protective Order to Prevent the Deposition of Caitlin Jacob (ECF No. 61) is DENIED.

IT IS FURTHER ORDERED that the deposition of Caitlin Jacob shall proceed. Ms. Jacob shall appear for deposition at the time and place noticed by Defendants.

   s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge