IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christopher Lisowski, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No.: 2:19-cv-1339-MJH ) |
| Henry Thayer Company, Inc. and L'Oréal USA, Inc., | ) ) ) ) |
| Defendants. | ) ) |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Christopher Lisowski and Defendants Henry Thayer Company, Inc. and L'Oréal USA, Inc., pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice, with all parties on each side to bear its, her or his own costs and attorneys' fees.

Respectfully submitted,

Dated: April 14, 2022

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ John K. Gisleson
John K. Gisleson, Esq.
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Tel.: 412-560-3300
Fax: 412-560-7001
john.gisleson@morganlewis.com

*Counsel for Defendants*
*Henry Thayer Company, Inc. and L'Oréal USA, Inc.*

Dated: April 14, 2022

        **THE KEETON FIRM LLC**

        */s/* Steffan T. Keeton
        Steffan T. Keeton, Esq.
        100 S. Commons, Suite 102
        Pittsburgh, PA 15212
        1-888-412-5291
        stkeeton@keetonfirm.com

        *Counsel for Plaintiff*
        *Christopher Lisowski*